IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Wilbert Rogers, Jr.,** | 2:03-cv-2638 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **Anthony Malfi , Warden,** | |
| Respondent. | |

Good cause appearing, Respondent's November 22, 2006 first request for a thirty-day (30) extension of time is granted. Therefore, the Respondent's answer to Petitioner's second amended petition for writ of habeas corpus shall be filed no later than December 26, 2006.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/roge2638.ext1

1