IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Wilbert Rogers, Jr.,** | 2:03-cv-2638 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **Anthony Malfi, Warden,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's December 26, 2006 request for a second extension of time is granted and Respondent's response to Petitioner's Second Amended Petition for Writ of Habeas Corpus shall be filed on or before January 25, 2007.

DATED: December 28, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/roge2638.eotresp2