IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Wilbert Rogers, Jr.,** | 2:03-cv-2638 MCE DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **Anthony Malfi, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that:

1. Petitioner's January 5, 2007 objection to Respondent's December 26, 2006 request for extension of time is moot, and Petitioner's January 5, 2007 request to deny respondent any further extension of time is denied.

2. Respondent's January 25, 2007 request for a third extension of time is granted.

3. Respondent is granted a final extension of time to February 26, 2007, to file a response to Petitioner's Second Amended Petition for Writ of Habeas Corpus.

DATED: January 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
roge2638.eotrespfinal