IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT ROGERS JR.,

      Petitioner,                No. CIV S-03-2638 MCE DAD P

    vs.

ANTHONY MALFI, Warden,

      Respondent.           ORDER

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. On February 26, 2007, respondent filed a timely request for a seven-day extension of time to March 5, 2007, to file an answer to the habeas petition. Good cause appearing, an extension of time will be granted nunc pro tunc, and the answer filed March 5, 2007, will be deemed timely.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent's February 26, 2007 request for extension of time is granted nunc pro tunc, and respondent's answer filed March 5, 2007, is deemed timely; and

/////

/////

/////

1

2. Pursuant to this court's January 5, 2004 order, petitioner's traverse shall be filed on or before April 5, 2007.

DATED: March 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
roge2638.npt