IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT ROGERS, JR.,

    Petitioner,　　　　　　　　　　No. CIV S-03-2638 MCE DAD P

    vs.

ANTHONY MALFI, Warden,

    Respondent.　　　　　　　　　　ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of March 7, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 5, 2007 application for an extension of time is granted; and

    2. Petitioner shall file and serve a traverse on or before May 5, 2007

DATED: April 19, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
roge2638.111