IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT ROGERS, JR.,

      Petitioner,                      No. CIV S-03-2638 MCE DAD P

      vs.

ANTHONY MALFI, Warden,

      Respondent.                <u>ORDER</u>

_____/

      Petitioner has filed a second application for an extension of time to file and serve a traverse pursuant to the court's order of March 7, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's April 30, 2007 second application for an extension of time is granted; and

      2. Petitioner shall file and serve a traverse on or before June 5, 2007.

DATED: May 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
roge2638.111(2)