IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBERT ROGERS, JR.,

    Petitioner,                        No. CIV S-03-2638 MCE DAD P

    vs.

ANTHONY MALFI, Warden,

    Respondent.                      <u>ORDER</u>

_____/

        Petitioner has filed his third request for an extension of time to file and serve a traverse pursuant to the court's order of April 20, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted for this purpose.

        IT IS HEREBY ORDERED that:

        1. Petitioner's June 4, 2007 application for an extension of time is granted; and

        2. Petitioner shall file and serve a traverse on or before July 6, 2007. No further extensions of time will be granted.

DATED: June 8, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
roge2638.111(3)